IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEET METAL WORKERS' HEALTH & WELFARE FUND OF LOCAL NO. 19, et al.<br>1301 South Columbus Boulevard<br>Philadelphia, PA  19147 | : CIVIL ACTION<br>:<br>: NO.: 2:18-cv-02355-PBT<br>: |
| v. | : |
| GSH SYSTEMS II, LLC<br>335 Harris Avenue<br>Newfield, NJ 08344 | : |
| Defendant. | : |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal rule of Civil Procedure 41(a), Plaintiffs hereby dismiss the above-captioned action against **GSH SYSTEMS II, LLC** without prejudice.

Respectfully submitted,

**SPEAR WILDERMAN, P.C.**

BY: _____
SYRETTA J. MARTIN, ESQUIRE
230 South Broad Street, Suite 1400
Philadelphia, PA 19102
(215) 732-0101
Attorney for Plaintiffs

Dated:  November 5, 2018